IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| NATIONAL BANK OF ARIZONA, a national banking association, | ) ) ) | 2:08-cv-02999-GEB-GGH |
| Plaintiffs, | ) ) | |
| v. | ) ) | RELATED CASE ORDER |
| KOBRA ASSOCIATES, INC., a California corporation; FOOD SERVICE MANAGEMENT, INCORPORATED, a California corporation; ABOLGHASSEM ALIZADEH, a married man dealing with his sole and separate property; KOBRA ALIZADEH, an unmarried woman; AUSTIN F. WALLESTAD, an unmarried man, SIERRA VALLEY RESTAURANTS, INC.; and UNKNOWN JUNIOR LIEN HOLDERS AS DOES 1-50, inclusive, | ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) ) | |
| VISTAR CORPORATION, a Colorado corporation, | ) ) ) | 2:09-cv-02220-FCD-DAD |
| Plaintiff, | ) ) | |
| v. | ) ) | |
| SIERRA VALLEY RESTAURANTS, INC., a corporation doing business as Jack in the Box; CENTRAL VALLEY FOODSERVICE, INC., a corporation doing business as Jack in the Box; FOODSERVICE MANAGEMENT, INC., a corporation doing business as Jack in the Box; KOBRA ASSOCIATES, INC., a corporation doing business as Jack in the Box; and ABE ALIZADEH, an individual, | ) ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) ) | |

1   Today, I was informed about an application for a

2   temporary restraining order filed in the above caption case, which

3   has case number 09-cv-0220.  At the time I received this

4   information, no notice of related case document had been filed as

5   required by the local rule, even though the action was filed

6   yesterday.  However, at 2:37 p.m. today (August 12, 2009),

7   Plaintiff Vistar Corporation filed a Notice of Related case

8   document.

9   Since the above-captioned actions are related within the

10  meaning of Local Rule 83-123(a),  CIV NO. S-09-0220 FCD DAD is

11  reassigned to Judge Garland E. Burrell, Jr., and Magistrate Judge

12  Greg G. Hollows.  Henceforth, the caption on documents filed in the

13  reassigned case shall show the initials "GEB GGH."  Under the

14  regular practice of this court, related cases are generally

15  assigned to the judge and magistrate judge to whom the first filed

16  action was assigned.  Further, any dates currently set in this

17  reassigned case only are VACATED and the parties in the reassigned

18  case are referred to the Order Setting Status (Pretrial Scheduling)

19  Conference that the Clerk of the Court shall issue. The Clerk of

20  the Court shall also make the appropriate adjustment in the

21  assignment of civil cases to compensate for this reassignment.

22  Dated:  August 12, 2009

23

24  _____
    GARLAND E. BURRELL, JR.
25  United States District Judge

26

27

28

2