```
                    IN THE UNITED STATES DISTRICT COURT

                   FOR THE EASTERN DISTRICT OF CALIFORNIA


NATIONAL BANK OF ARIZONA, a        )    2:08-cv-02998-GEB-GGH
national banking association,      )
                                   )
               Plaintiffs,         )
                                   )    ORDER
          v.                       )
                                   )
KOBRA ASSOCIATES, INC., a          )
California corporation; FOOD       )
SERVICE MANAGEMENT, INCORPORATED,  )
a California corporation;          )
ABOLGHASSEM ALIZADEH, a married    )
man dealing with his sole and      )
separate property; KOBRA ALIZADEH, )
an unmarried woman; AUSTIN F.      )
WALLESTAD, an unmarried man,       )
SIERRA VALLEY RESTAURANTS, INC.;   )
and UNKNOWN JUNIOR LIEN HOLDERS AS )
DOES 1-50, inclusive,              )
                                   )
               Defendants.         )
_____)
                                   )
VISTAR CORPORATION, a Colorado     )    2:09-cv-02220-GEB-GGH
corporation,                       )
                                   )
               Plaintiff,          )
                                   )
          v.                       )
                                   )
SIERRA VALLEY RESTAURANTS, INC., a )
corporation doing business as Jack )
in the Box; CENTRAL VALLEY         )
FOODSERVICE, INC., a corporation   )
doing business as Jack in the Box; )
FOODSERVICE MANAGEMENT, INC., a    )
corporation doing business as Jack )
in the Box; KOBRA ASSOCIATES, INC.,)
a corporation doing business as    )
Jack in the Box; and ABE ALIZADEH, )
an individual,                     )
                                   )
               Defendants.         )
```

1  _____)
2          The National Bank of Arizona's request to intervene in
3  <u>Vistar Corporation v. Sierra Valley Restaurant</u> (Docket No. 30) is
4  granted.  Additionally, a further hearing is also scheduled to
5  commence at 9:00 a.m. on September 28, 2009 on National Bank of
6  Arizona's motion for appointment of a receiver and motion for a
7  preliminary injunction.
8  Dated:  September 2, 2009
9
10                                 _____
                                   GARLAND E. BURRELL, JR.
11                                 United States District Judge
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28