IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| VISTAR CORPORATION, | ) | |
| | ) | |
| Plaintiff, | ) | 2:09-cv-02220-GEB-GGH |
| | ) | |
| v. | ) | ORDER[*] |
| | ) | |
| SIERRA VALLEY RESTAURANTS, INC.; CENTRAL VALLEY FOODSERVICE, INC.; FOODSERVICE MANAGEMENT, INC.; KOBRA ASSOCIATES, INC.; and ABE ALIZADEH, | ) ) ) ) ) | |
| | ) | |
| Defendants. | ) | |
| NATIONAL BANK OF ARIZONA, | ) | |
| | ) | |
| Plaintiff, | ) | 2:08-cv-02998-GEB-GGH |
| | ) | |
| v. | ) | |
| | ) | |
| KOBRA ASSOCIATES, INC.; FOOD SERVICE MANAGEMENT, INC.; ABOLGHASSEM ALIZADEH; KOBRA ALIZADEH; AUSTIN F. WALLESTAD; and UNKNOWN JUNIOR LIEN HOLDERS, AS DOES 1-50, inclusive, | ) ) ) ) ) ) | |
| | ) | |
| Defendants. | ) | |

On September 24, 2009 Plaintiff Vistar Corporation ("Vistar") withdrew its motion for preliminary injunction and application for right to attach order and order for writ of attachment, scheduled for hearing on September 28, 2009. Plaintiff

---

[*] This matter was determined to be suitable for decision without oral argument. E.D. Cal. R. 78-230(h).

1

National Bank of Arizona's ("NBA") motion to appoint a receiver and for a preliminary injunction is still scheduled for hearing on September 28, 2009.  However, since a notice of bankruptcy has been filed, the NBA's motion is deemed withdrawn and the hearing date is vacated.

Dated:  September 25, 2009

_____
GARLAND E. BURRELL, JR.
United States District Judge