Richard M. Pachulski (CA Bar No. 90073)
Jason S. Pomerantz (CA Bar No. 157216)
Victoria A. Newmark CA Bar No. 183581)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 11th Floor
Los Angeles, California  90067-4100
Telephone: 310/277-6910
Facsimile:  310/201-0760
E-mail: jpomerantz@pszjlaw.com
         vnewmark@pszjlaw.com

Counsel for Plaintiff Vistar Corporation

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VISTAR CORPORATION, a Colorado corporation,<br><br>Plaintiff,<br><br>v.<br><br>SIERRA VALLEY RESTAURANTS, INC., a corporation doing business as Jack in the Box; CENTRAL VALLEY FOODSERVICE, INC., a corporation doing business as Jack in the Box; FOODSERVICE MANAGEMENT, INC., a corporation doing business as Jack in the Box; KOBRA ASSOCIATES, INC., a corporation doing business as Jack in the Box; and ABE ALIZADEH, an individual,<br><br>Defendants. | Case No. 2: 09-cv-02220-GEB-GGH<br><br>**STIPULATION CONTINUING STATUS CONFERENCE AND RELATED SCHEDULED DATES**<br><br>Status Conference<br>Date:       November 30, 2009<br>Time:       9:00 a.m.<br>Courtroom: 10<br>Judge:      Garland E. Burrell, Jr. |

Plaintiff Vistar Corporation (the "Plaintiff" or "Vistar") and Defendant Abe Alizadeh ("Individual Defendant" or "Alizadeh"), by and through their respective counsel of record, hereby agree to the terms and conditions set forth below based on the following:

      A.      Pursuant to its *Order Setting Status (Pretrial Scheduling) Conference* dated August 13, 2009 (the "Pretrial Scheduling Order"), the Court set the following dates in the case:

           i.      Status (pretrial scheduling) conference to be held on November 30, 2009 at 9:00 a.m. (the "Status Conference Date");

           ii.      Meet and confer of the parties ("Meet and Confer") to develop a proposed discovery plan not later than twenty-one (21) days prior to the Status Conference Date; and

1

iii. Filing of a joint status report (the "Joint Status Report") shall be due not later than fourteen (14) days prior to the Status Conference Date.

B. On September 18, 2009, each of Defendants Sierra Valley Restaurants, Inc., Central Valley Foodservice, Inc., Foodservice Management, Inc., and Kobra Associates, Inc. (the "Corporate Defendants") filed a petition under chapter 11 of the United States Bankruptcy Code in the Bankruptcy Court for the Eastern District of California, thus staying the action as to the Corporate Defendants. The chapter 11 cases are being jointly administered under case number 09-40066.

C. The Individual Defendant has not filed a bankruptcy petition and this action is therefore not stayed as to him.

D. In light of the recent bankruptcy filings by the Corporate Defendants and application of the automatic stay as to those defendants, Plaintiff and Individual Defendant wish to continue the Status Conference Date and related dates established in the Pretrial Scheduling Order for 90 days to enable the Plaintiff to determine what portion of its claims it may be able to recover in the Corporate Defendants' bankruptcy cases before it expends resources pursuant the guarantee claims against the Individual Defendants.

**WHEREFORE, THE PARTIES HERETO STIPULATE AND AGREE:**

1. The Status Conference Date and related deadlines for the Meet and Confer of the parties and the filing of the Joint Status Report shall be continued for 90 days.

2. Nothing herein shall prejudice any rights, claims and defenses of the parties.

*[Remainder of page intentionally left blank.]*

{13421.02200 / 00456471.RTF.1}

| | | |
|---|---|---|
| 1 | November __, 2009 | PACHULSKI STANG ZIEHL & JONES LLP |
| 2 | | |
| 3 | | */s/ Victoria A. Newmark*<br>Victoria A. Newmark, |
| 4 | | Counsel for Vistar Corporation |
| 5 | November __, 2009 | WAGNER KIRKMAN BLAINE<br>KLOMPARENS & YOUMANS LLP |
| 6 | | |
| 7 | | */s/ Patricia J. Lee*<br>Patricia J. Lee, |
| 8 | | Counsel for Defendants |

{13421.02200 / 00456471.RTF.1}

Richard M. Pachulski (CA Bar No. 90073)
Jason S. Pomerantz (CA Bar No. 157216)
Victoria A. Newmark CA Bar No. 183581)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 11th Floor
Los Angeles, California  90067-4100
Telephone: 310/277-6910
Facsimile:  310/201-0760
E-mail: jpomerantz@pszjlaw.com
           vnewmark@pszjlaw.com

Counsel for Plaintiff Vistar Corporation

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VISTAR CORPORATION, a Colorado corporation,<br><br>Plaintiff,<br><br>v.<br><br>SIERRA VALLEY RESTAURANTS, INC., a corporation doing business as Jack in the Box; CENTRAL VALLEY FOODSERVICE, INC., a corporation doing business as Jack in the Box; FOODSERVICE MANAGEMENT, INC., a corporation doing business as Jack in the Box; KOBRA ASSOCIATES, INC., a corporation doing business as Jack in the Box; and ABE ALIZADEH, an individual,<br><br>Defendants. | Case No. 2: 09-cv-02220-GEB-GGH<br><br>**ORDER CONTINUING STATUS CONFERENCE AND RELATED SCHEDULED DATES** |

Upon consideration of that certain *Stipulation Continuing Status Conference and Related Scheduled Dates* (the "Stipulation") by and between Plaintiff Vistar Corporation and Defendant Abe Alizadeh, and after due deliberation and sufficient cause appearing therefore, it is hereby ORDERED that:

    1.    The Stipulation is approved.

    2.    The Status Conference Date is continued to February 16, 2010,  at  9:00 a.m.

    3.    The Meet and Confer to develop a proposed discovery plan shall take place not later than twenty-one (21) days before the Continued Status Conference Date, and the parties

1

1  shall file the Joint Status Report not later than fourteen (14) days before the Continued Status
2  Conference Date.

3

4  Dated: 11/10/09

                                           GARLAND E. BURRELL, JR.
                                           United States District Judge

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA