Richard M. Pachulski (CA Bar No. 90073)
Jason S. Pomerantz (CA Bar No. 157216)
Victoria A. Newmark CA Bar No. 183581)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 11th Floor
Los Angeles, California 90067-4100
Telephone: 310/277-6910
Facsimile: 310/201-0760
E-mail: jpomerantz@pszjlaw.com
vnewmark@pszjlaw.com

Counsel for Plaintiff Vistar Corporation

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VISTAR CORPORATION, a Colorado corporation,<br><br>Plaintiff,<br><br>v.<br><br>SIERRA VALLEY RESTAURANTS, INC., a corporation doing business as Jack in the Box; CENTRAL VALLEY FOODSERVICE, INC., a corporation doing business as Jack in the Box; FOODSERVICE MANAGEMENT, INC., a corporation doing business as Jack in the Box; KOBRA ASSOCIATES, INC., a corporation doing business as Jack in the Box; and ABE ALIZADEH, an individual,<br><br>Defendants. | Case No. 2: 09-cv-02220-GEB-GGH<br><br>**STIPULATION CONTINUING STATUS CONFERENCE AND RELATED SCHEDULED DATES**<br><br>Status Conference<br>Date:    February 16, 2010<br>Time:    9:00 a.m.<br>Courtroom: 10<br>Judge:    Garland E. Burrell, Jr. |

Plaintiff Vistar Corporation (the "Plaintiff" or "Vistar") and Defendant Abe Alizadeh ("Individual Defendant" or "Alizadeh"), by and through their respective counsel of record, hereby agree to the terms and conditions set forth below based on the following:

    A.    Pursuant to its *Order Setting Status (Pretrial Scheduling) Conference* dated August 13, 2009 (the "Initial Pretrial Scheduling Order"), the Court set the following dates in the case:

        i.    Status (pretrial scheduling) conference to be held on November 30, 2009 at 9:00 a.m. (the "Status Conference Date");

1

ii. Meet and confer of the parties ("Meet and Confer") to develop a proposed discovery plan not later than twenty-one (21) days prior to the Status Conference Date; and

iii. Filing of a joint status report (the "Joint Status Report") shall be due not later than fourteen (14) days prior to the Status Conference Date.

B. Pursuant to the Court's *Order Continuing Status Conference and Related Scheduled Dates* of November 12, 2009 (the "Second Pretrial Scheduling Order"), the Court continued the Status Conference Date to February 16, 2010, and the related deadlines for the Meet and Confer and filing of the Joint Status Report.

C. The parties have recently reached a tentative settlement of this matter, subject to documentation.

D. In light of the parties' recent settlement discussions, Plaintiff and Individual Defendant wish to further continue the Status Conference Date and related dates in the Second Pretrial Scheduling Order for an additional 60 days to enable the parties to document the tentative settlement.

**WHEREFORE, THE PARTIES HERETO STIPULATE AND AGREE:**

1. The Status Conference Date and related deadlines for the Meet and Confer of the parties and the filing of the Joint Status Report shall be continued for an additional 60 days. The pretrial scheduling conference, currently set for February 16, 2010, is rescheduled for 4/26/10, at 9:00 a.m. A joint status report is to be filed fourteen days prior to the hearing.

2. Nothing herein shall prejudice any rights, claims and defenses of the parties.

*[Remainder of page intentionally left blank.]*

| | | |
|---|---|---|
| February 2, 2010 | | PACHULSKI STANG ZIEHL & JONES LLP |
| | | */s/ Victoria A. Newmark* |
| | | Victoria A. Newmark, |
| | | Counsel for Vistar Corporation |
| February 2, 2010 | | WAGNER KIRKMAN BLAINE KLOMPARENS & YOUMANS LLP |
| | | */s/ Patricia J. Lee* |
| | | Patricia J. Lee, |
| | | Counsel for Defendants |

Richard M. Pachulski (CA Bar No. 90073)
Jason S. Pomerantz (CA Bar No. 157216)
Victoria A. Newmark CA Bar No. 183581)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 11th Floor
Los Angeles, California 90067-4100
Telephone: 310/277-6910
Facsimile: 310/201-0760
E-mail: jpomerantz@pszjlaw.com
vnewmark@pszjlaw.com

Counsel for Plaintiff Vistar Corporation

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VISTAR CORPORATION, a Colorado corporation,<br><br>Plaintiff,<br><br>v.<br><br>SIERRA VALLEY RESTAURANTS, INC., a corporation doing business as Jack in the Box; CENTRAL VALLEY FOODSERVICE, INC., a corporation doing business as Jack in the Box; FOODSERVICE MANAGEMENT, INC., a corporation doing business as Jack in the Box; KOBRA ASSOCIATES, INC., a corporation doing business as Jack in the Box; and ABE ALIZADEH, an individual,<br><br>Defendants. | Case No. 2: 09-cv-02220-GEB-GGH<br><br>**ORDER CONTINUING STATUS CONFERENCE AND RELATED SCHEDULED DATES** |

Upon consideration of that certain *Stipulation Continuing Status Conference and Related Scheduled Dates* (the "Stipulation") by and between Plaintiff Vistar Corporation and Defendant Abe Alizadeh, and after due deliberation and sufficient cause appearing therefore, it is hereby ORDERED that:

1. The Stipulation is approved.

2. The Status Conference Date is continued to April 26, 2010 at 9:00 a.m. (the "Continued Status Conference Date").

3. The Meet and Confer to develop a proposed discovery plan shall take place not later than twenty-one (21) days before the Continued Status Conference Date, and the parties

1

shall file the Joint Status Report not later than fourteen (14) days before the Continued Status Conference Date.

Dated: 2/9/10

_____
GARLAND E. BURRELL, JR.
United States District Judge