1   Richard M. Pachulski (CA Bar No. 90073)
    Jason S. Pomerantz (CA Bar No. 157216)
2   Victoria A. Newmark CA Bar No. 183581)
    PACHULSKI STANG ZIEHL & JONES LLP
3   10100 Santa Monica Blvd., 11th Floor
    Los Angeles, California  90067-4100
4   Telephone: 310/277-6910
    Facsimile:  310/201-0760
5   E-mail: jpomerantz@pszjlaw.com
            vnewmark@pszjlaw.com
6
7   Counsel for Plaintiff Vistar Corporation

8               IN THE UNITED STATES DISTRICT COURT

9           FOR THE EASTERN DISTRICT OF CALIFORNIA

10  VISTAR CORPORATION, a Colorado corporation,    | Case No. 2: 09-cv-02220-GEB-GGH

11          Plaintiff,                             | **STIPULATION CONTINUING STATUS**
                                                   | **CONFERENCE AND RELATED**
12      v.                                         | **SCHEDULED DATES**

13  SIERRA VALLEY RESTAURANTS, INC., a             | Status Conference
    corporation doing business as Jack in the Box; | Date:         February 16, 2010
14  CENTRAL VALLEY FOODSERVICE, INC., a            | Time:         9:00 a.m.
    corporation doing business as Jack in the Box; | Courtroom:  10
15  FOODSERVICE MANAGEMENT, INC., a                | Judge:        Garland E. Burrell, Jr.
    corporation doing business as Jack in the Box;
16  KOBRA ASSOCIATES, INC., a corporation doing
    business as Jack in the Box; and ABE ALIZADEH,
17  an individual,

18          Defendants.

19

20          Plaintiff Vistar Corporation (the "Plaintiff" or "Vistar") and Defendant Abe Alizadeh

21  ("Individual Defendant" or "Alizadeh"), by and through their respective counsel of record, hereby

22  agree to the terms and conditions set forth below based on the following:

23          A.      Pursuant to its *Order Setting Status (Pretrial Scheduling) Conference* dated

24  August 13, 2009 (the "Initial Pretrial Scheduling Order"), the Court set the following dates in the

25  case:

26          i.      Status (pretrial scheduling) conference to be held on November 30,

27  2009 at 9:00 a.m. (the "Status Conference Date");

28

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

1

ii.      Meet and confer of the parties ("Meet and Confer") to develop a proposed discovery plan not later than twenty-one (21) days prior to the Status Conference Date; and

iii.      Filing of a joint status report (the "Joint Status Report") shall be due not later than fourteen (14) days prior to the Status Conference Date.

B.      Pursuant to the Court's *Order Continuing Status Conference and Related Scheduled Dates* of November 12, 2009 (the "Second Pretrial Scheduling Order"), the Court continued the Status Conference Date to February 16, 2010, and the related deadlines for the Meet and Confer and filing of the Joint Status Report.

C.      The parties have recently reached a tentative settlement of this matter, subject to documentation.

D.      In light of the parties' recent settlement discussions, Plaintiff and Individual Defendant wish to further continue the Status Conference Date and related dates in the Second Pretrial Scheduling Order for an additional 60 days to enable the parties to document the tentative settlement.

**WHEREFORE, THE PARTIES HERETO STIPULATE AND AGREE:**

1.      The Status Conference Date and related deadlines for the Meet and Confer of the parties and the filing of the Joint Status Report shall be continued for an additional 60 days.  The pretrial scheduling conference, currently set for February 16, 2010, is rescheduled for 4/26/10, at 9:00 a.m.  A joint status report is to be filed fourteen days prior to the hearing.

2.      Nothing herein shall prejudice any rights, claims and defenses of the parties.

*[Remainder of page intentionally left blank.]*

2

February 2, 2010                    PACHULSKI STANG ZIEHL & JONES LLP

                                   */s/ Victoria A. Newmark*
                                   Victoria A. Newmark,
                                   Counsel for Vistar Corporation


February 2, 2010                    WAGNER KIRKMAN BLAINE
                                   KLOMPARENS & YOUMANS LLP


                                   */s/ Patricia J. Lee*
                                   Patricia J. Lee,
                                   Counsel for Defendants

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

3

1  Richard M. Pachulski (CA Bar No. 90073)
   Jason S. Pomerantz (CA Bar No. 157216)
2  Victoria A. Newmark CA Bar No. 143581)
   PACHULSKI STANG ZIEHL & JONES LLP
3  10100 Santa Monica Blvd., 11th Floor
   Los Angeles, California  90067-4100
4  Telephone: 310/277-6910
   Facsimile:  310/201-0760
5  E-mail: jpomerantz@pszjlaw.com
          vnewmark@pszjlaw.com
6
   Counsel for Plaintiff Vistar Corporation
7
                IN THE UNITED STATES DISTRICT COURT
8
              FOR THE EASTERN DISTRICT OF CALIFORNIA
9

| | |
|---|---|
| VISTAR CORPORATION, a Colorado corporation, | Case No. 2: 09-cv-02220-GEB-GGH |
| Plaintiff, | **ORDER CONTINUING STATUS CONFERENCE AND RELATED SCHEDULED DATES** |
| v. | |
| SIERRA VALLEY RESTAURANTS, INC., a corporation doing business as Jack in the Box; CENTRAL VALLEY FOODSERVICE, INC., a corporation doing business as Jack in the Box; FOODSERVICE MANAGEMENT, INC., a corporation doing business as Jack in the Box; KOBRA ASSOCIATES, INC., a corporation doing business as Jack in the Box; and ABE ALIZADEH, an individual, | |
| Defendants. | |

20          Upon consideration of that certain *Stipulation Continuing Status Conference and*

21  *Related Scheduled Dates* (the "Stipulation") by and between Plaintiff Vistar Corporation and

22  Defendant Abe Alizadeh, and after due deliberation and sufficient cause appearing therefore, it is

23  hereby ORDERED that:

24          1.      The Stipulation is approved.

25          2.      The Status Conference Date is continued to April 26, 2010 at 9:00 a.m. (the

26  "Continued Status Conference Date").

27          3.      The Meet and Confer to develop a proposed discovery plan shall take place

28  not later than twenty-one (21) days before the Continued Status Conference Date, and the parties

                                        1

shall file the Joint Status Report not later than fourteen (14) days before the Continued Status Conference Date.

Dated:  2/9/10

_____
GARLAND E. BURRELL, JR.
United States District Judge