IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VISTAR CORPORATION, a Colorado corporation,<br><br>        Plaintiff,<br><br>   v.<br><br>SIERRA VALLEY RESTAURANTS, INC., a corporation doing business as Jack in the Box; CENTRAL VALLEY FOODSERVICE, INC., a corporation doing business as Jack in the Box; FOOD SERVICE MANAGEMENT, INC., a corporation doing business as Jack in the Box; KOBRA ASSOCIATES, INC., a corporation doing business as Jack in the Box; and ABE ALIZADEH, an individual,<br><br>        Defendants.<br>_____ | 2:09-cv-02220-GEB-GGH<br><br>ORDER TO SHOW CAUSE |

        Defendants SIERRA VALLEY RESTAURANTS, INC.; CENTRAL VALLEY FOOD SERVICE, INC.; FOOD SERVICE MANAGEMENT, INC.; and KOBRA ASSOCIATES, INC. ("Corporate Defendants") have not retained counsel since their attorney withdrew by substitution on September 13, 2010. Therefore, they are Ordered to Show Cause ("OSC") in a writing to be filed no later than 4:00 p.m. on November 29, 2010, why any answer filed should not be stricken since a corporate entity is not allowed to appear in federal court without counsel. See Rowland v. Calif. Men's Colony, Unit II Men's Advisory Council, 506 U.S. 194, 201-202 ("It has been the law for the

1  better part of two centuries . . . that a corporation may appear in the
2  federal courts only through licensed counsel.") (citations omitted); <u>see</u>
3  <u>also</u> <u>In re America West Airlines</u>, 40 F.3d 1058, 1059 (9th Cir. 1994).
4  Sanctions could include striking the Corporate Defendants' Answer. <u>See</u>
5  <u>Dillard v. Victoria M. Morton Enterprises, Inc.</u>, No. 2:08-cv-01339 FCD
6  KJN PS, 2010 WL 3386459, at *3 (E.D. Cal. 2010) (striking corporate
7  defendants' answer to plaintiff's first-amended complaint); <u>Rojas v.</u>
8  <u>Hawgs Seafuood Bar, Inc.</u>, No. C08-03819, 2009 WL 1255538, at *1 (N.D.
9  Cal. 2009) ("When a corporation fails to retain counsel to represent it
10 in an action, its answer may be stricken and a default judgment entered
11 against it.").

12         The written response shall state whether a hearing is
13 requested on the OSC. If a hearing is requested, it will be held at 9:00
14 a.m. on December 13, 2010.

15         IT IS SO ORDERED.

16 Dated:  November 10, 2010

                                    _____
                                    GARLAND E. BURRELL, JR.
                                    United States District Judge

2