IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

VISTAR CORPORATION, a Colorado          )
corporation,                            )      2:09-cv-02220-GEB-GGH
                                        )
                Plaintiff,              )
                                        )
        v.                              )      ORDER AMENDING PRETRIAL
                                        )      SCHEDULING ORDER
SIERRA VALLEY RESTAURANTS, INC.,        )
a corporation doing business as         )
Jack in the Box; CENTRAL VALLEY         )
FOODSERVICE, INC., a corporation        )
doing business as Jack in the           )
Box; FOODSERVICE MANAGEMENT,            )
INC., a corporation doing               )
business as Jack in the Box;            )
KOBRA ASSOCIATES, INC., a               )
corporation doing business as           )
Jack in the Box; and ABE                )
ALIZADEH, an individual,                )
                                        )
                Defendants.             )
_____         )

        Since Plaintiff Vistar Corporation and Defendant Abe Alizadeh
each seek more time for discovery, and because the undersigned judge
chooses to avoid litigation on the matter in light of the Court's
congested docket, the pretrial scheduling order filed on April 23, 2010
(Docket No. 56) is supplemented as follows: All discovery shall be
completed by March 16, 2011; the last hearing date for motions shall be

1  March 16, 2011, commencing at 9:00 a.m.; the final pretrial conference

2  commences at 2:30 p.m. in courtroom 10 on May 16, 2011; and trial

3  commences at 9:00 a.m. in courtroom 10 on August 30, 2011.

4  Dated:  November 15, 2010

5

6  _____
   GARLAND E. BURRELL, JR.

7  United States District Judge