Wilke, Fleury, Hoffelt, Gould & Birney, LLP
DANIEL L. EGAN, Bar No. 142631
degan@wilkefleury.com
MEGAN A. LEWIS, Bar No. 221263
mlewis@wilkefleury.com
STEVEN J. WILLIAMSON, Bar No. 238869
swilliamson@wilkefleury.com
400 Capitol Mall
Twenty-Second Floor
Sacramento, CA  95814
Telephone:     (916) 441-2430
Facsimile:      (916) 442-6664

Attorneys for Plaintiff
PERFORMANCE FOOD GROUP, INC., formerly
known as VISTAR CORPORATION

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VISTAR CORPORATION, a Colorado corporation,, <br><br> Plaintiff, <br><br> v. <br><br> SIERRA VALLEY RESTAURANTS, INC., a corporation doing business as Jack in the Box; CENTRAL VALLEY FOODSERVICE, INC., a corporation doing business as Jack in the Box; FOODSERVICE MANAGEMENT, INC., a corporation doing business as Jack in the Box; KOBRA ASSOCIATES, INC., a corporation doing business as Jack in the Box; and ABE ALIZADEH, an individual,, <br><br> Defendants. | Case No.  09-CV-02220-GEB-GGH <br><br> **STIPULATED JUDGMENT** |

Based upon the Stipulation for Entry of Judgment between Plaintiff PERFORMANCE FOOD GROUP, INC., formerly known as VISTAR CORPORATION ("PFG") and defendant ABOLGHASSEM "ABE" ALIZADEH ("Alizadeh")

IT IS HEREBY ORDERED, ADJUDGED and DECREED as follows:

1. PFG shall have judgment against Alizadeh in the amount of $3,150,000.00;

2. In the event that Alizadeh pays $2,000,000.00 within 12 months of the date of entry of this stipulated judgment, said payment shall be deemed full satisfaction of Alizadeh's obligations hereunder; however, PFG is under no obligation to accept funds from Alizadeh unless and until he identifies and documents, to the satisfaction of PFG, the source of any funds to be paid and provides evidence that the funds are not subject to any local, state or federal taxing authorities and not subject to a preference action in any bankruptcy court; and

3. In the event PFG is required to enforce the terms of the stipulation for entry of judgment or this stipulated judgment, PFG will be entitled to reasonable attorneys' fees and costs as determined by a Court.

4. The Court can find no just reason for delaying entry of final judgment against Alizadeh as stipulated to by PFG and Alizadeh, as all of the remaining defendants are in bankruptcy.

IT IS SO ORDERED.

Dated: March 10, 2011

_____
GARLAND E. BURRELL, JR.
United States District Judge

WILKE, FLEURY,
HOFFELT, GOULD &
BIRNEY, LLP
ATTORNEYS AT LAW

STIPULATED JUDGMENT
643159.1

- 2 -

XX 09-CV-02220-GEB-GGH