WILKE, FLEURY, HOFFELT, GOULD & BIRNEY, LLP
DANIEL L. EGAN (SBN 142631)
degan@wilkefleury.com
STEVEN J. WILLIAMSON (SBN 238869)
swilliamson@wilkefleury.com
SAMSON R. ELSBERND (SBN 264598)
selsbernd@wilkefleury.com
400 Capitol Mall, Twenty-Second Floor
Sacramento, California 95814

Telephone:   (916) 441-2430
Facsimile:   (916) 442-6664

Attorneys for Plaintiff VISTAR CORPORATION

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| VISTAR CORPORATION, a Colorado corporation,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>SIERRA VALLEY RESTAURANTS, INC., a corporation doing business as Jack in the Box; CENTRAL VALLEY FOODSERVICE, INC., a corporation doing business as Jack in the Box, et al.,<br><br>　　　　　　Defendants. | Case No. 2:09-CV-02220-TLN-AC<br><br>**ORDER ON PLAINTIFF'S MOTION FOR VOLUNTARY DISMISSAL WITHOUT PREJUDICE**<br><br>Judge:　Hon. Judge Troy L. Nunley<br>Date:　　May 5, 2016<br>Time:　　2:00 p.m.<br>Crtrm.:　2, Fifteenth Floor |

The Court having reviewed the motion by plaintiff PERFORMANCE FOOD GROUP, INC., formerly known as VISTAR CORPORATION ("Plaintiff") for voluntary dismissal, and good cause appearing,

IT IS HEREBY ORDERED THAT:

1) Plaintiff's action is dismissed without prejudice; and

2) The parties shall bear their own fees and costs.

Dated: May 4, 2016

_____
Troy L. Nunley
United States District Judge